# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

ELENA COLQUITT,

    Plaintiff,

v.

VENDORMATE, INC.,

    Defendant.

CIVIL ACTION NO.

1:11-CV-1023-TWT

## ORDER DISMISSING COMPLAINT WITH PREJUDICE

Plaintiff Elena Colquitt and Defendant Vendormate, Inc. (the "Parties") filed a Joint Motion for Approval of Settlement Agreement.

Having reviewed the settlement agreement, this Court finds that the settlement agreement between the Parties is a fair and reasonable settlement of Plaintiff's claims under the Fair Labor Standards Act.

The Parties' Motion is, therefore, GRANTED.

IT IS HEREBY ORDERED that the settlement agreement is approved and this action is dismissed WITH PREJUDICE, except that the Court expressly retains jurisdiction to enforce the settlement that the Court has approved. See Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 114 S. Ct. 1673 (1994). Each party shall bear her or its own costs.

SO ORDERED this the __15__ day of __September__, 2011.

*Thomas W. Thrash*

THOMAS W. THRASH, JR, JUDGE
UNITED STATES DISTRICT COURT